

United States District Court Western District New York

UNITED STATES DISTRICT COURT FILED AUG 4 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Khalil H. Cottman
~~Kenneth L. DeJarnette,~~

Petitioner,

v.

Erie County Board Of Elections,

Respondent

PETITION

Index No.:

17 CV 756

The Petitioners, pro se, respectfully alleges as follows:

1. Petitioner, Khalil H. Cottman, is a resident of the City of Buffalo, County of Erie and State of New York with a principal residence at 68 Brunswick Boulevard, Hamlin Park, Buffalo, New York 14208.
2. ~~Petitioner, Kenneth L. DeJarnette, is a registered voter at 340 Windermere Blvd. Amherst, NY 14226.~~
3. The Respondent, Board of Elections, is a municipal corporation established by the Laws of the State of New York.
4. Whereas, on July 17, 2017, Khalil Cottman and subscribing witnesses lawfully submitted over 850 designated signature petitions for the opportunity to ballot for Erie County Legislator 1st District. (Attachment A) The minimum amount of required valid petition to ballot is 500.
5. Whereas, On August 1, 2017, the Board of Elections held an impromptu Petition Objection hearing to decide the validity of objected petitions, without timely notice. At that time, or sometime soon prior, the Board of Elections determined candidate Khalil Cottman 129 valid signatures short of the minimum threshold of 500.
6. It is the understanding of the petitioner that, before or on or soon after August 1, 2017, the Board of Elections intends to render a Determination indicating candidate failed to meet the minimum threshold of required signatures.
7. The Board of Elections further claimed over 200 Election Designating Petitions as invalid due to Board of Election codes "5A.,8A.,7B. or 11B.".
8. Whereas, according to Board of Elections Petition Objection Report (Attachment B), Code 5A. is "**Signatures of person whose signature is not identifiable**" and 8A. is "**Signature of persons whose names are hand printed**" and 7B. is "**Subscribing Witness who is not identified by correct city or town, or county**" and 11B. is "**Subscribing Witness who fails to witness signatures on date claimed**".
9. Heretofore, the Petitioner provides evidence of clear oversight by the Board of Elections as designated petitions clearly show witnesses are identifiable by correct city or town, and county. (Attachment A)
10. Heretofore, the petitioner has attached supporting affidavits in confirmation of the facts set forth. (Attachment C)
11. The petitioner also will submit certified documents mailed to the alleged invalid address to be opened in court.

12. The Petitioners believe that the removal of the valid designated petition signatures constitutes a blatant attempt to deprive voter rights as outlined in Alabama v US USCA #11-5256 section 5 and US Civil Statute Code 42 1983.
13. Additionally, the Petitioners allege that the action of removing senior and disabled citizens signatures constitutes a violation of the Americans with Disabilities Act of 1990.
14. Furthermore, the Petitioner request immediate revocation of the unfavorable and unlawful determination of the Board of Election and validate the signatures thus allowing Petitioner the opportunity to lawfully ballot on the September 12, 2012 Election Primary.
15. The Petitioner respectfully request that this court overturn the mistakes of the Board of Elections in a timely manner to allow sufficient time for the petitioner to continue the election process.
16. The Petitioner request the Respondent to cover fees and legal expenses incurred due to their untimely clerical oversight.

Dated: Buffalo, New York
August 3, 2017

Yours, etc.,

*Khalil H. Cottman*
*68 Brunswick Blvd*
*Hamlin Park, NY*
*716.418.0505*

To: Chief Clerk US Court Western District New York
2 Niagara Sq. Buffalo NY 14202
Erie County Board of Elections, 134 Eagle St Buffalo New York 14202
Department of Justice General Counsel 138 Delaware Ave Buffalo, NY 14202
State Division of Human Rights One Fordham Plaza 4th Floor Bronx, NY 10458

Khalil H. Cottman
68 Brunswick BLVD.
Buffalo, NY 14208
08/01/2017

US District Court Western District New York
2 Niagara Sq.
Buffalo, NY 14202

Dear US District Court Western District New York:

I would like to request an immediate Article 78 Judicial injunction and determination pertaining to a current Erie County Board of Election Objection Report and possible determination that is in direct violation of the 1965 Voters Rights Act and subsequent Amici Curiae of New York, Mississippi, and California that our own State Attorney General, Hon. E. Schneiderman, defensed ALABAMA v. HOLDER USCA #11-5256. Especially Section 5.

Please allow forth, all 148 signatures lawfully witnessed to be acknowledge as valid for designation of petition for Khalil H. Cottman Candidate Erie County Legislature 1st District. The determination of these signatures as invalid by the Board of Election as "7B- Subscribing Witness who is not identified by correct city or town, or county" is highly arbitrary and capricious in nature. The Subscribing Witnesses printed their correct city or town and county in plain view. This peculiar and blatantly incorrect determination of invalidity is clearly unlawful and a violation of citizen rights.

Additionally, please allow forth, as valid, 48 lawfully petitioned signatures deemed invalid by the Erie County Board of Elections as "8a – of persons names are hand printed". Besides discriminating against the elderly and inflicted disabled who willfully, lawfully, and validly signed petitions exercising their right to vote, this decision by the Board of Elections operators violate additional laws upheld by the Americans With Disabilities Act of 1990 statutes. A person can mark their mark and have attached supporting affidavits to further clarify any misinterpretation.

This courts determination will not decide the outcome of the contested public office seat, but rather, the right of a person to petition for candidacy and the rights of citizens to fair procedures to sign or vote for the candidate of their choosing. Please consider the facts, supporting evidence, and law as such.

If you have any questions, please contact me at 716-418-0505. This petition of judicial intervention is being filed Pro Se, until I can secure an attorney who is willing to assist in this matter in a pro bono nature.

Sincerely,

Khalil H. Cottman
Erie County Legislature 1st District Democratic Candidate

Attachments khalil cottman county 1st district designating petitions, and BOE Petition Objection Report, affidavits

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: Erie County Leg 1st Dist - Khalil H Coleman Petition Page No.: 1

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| | | | | | |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | CK-99389740 | Line No. 19 | |
| Line No. 2 | | Line No. 11 | | Line No. 20 | 8A L0756930 |
| Line No. 3 | 20A - C4072090 | Line No. 12 | | Line No. 21 | 10A |
| Line No. 4 | | Line No. 13 | 10A | Line No. 22 | 11A BMW PG102 L-3 [illegible] |
| Line No. 5 | OK-R0175996 | Line No. 14 | | Line No. 23 | 10A |
| Line No. 6 | | Line No. 15 | 8A - H1784720 | Line No. 24 | |
| Line No. 7 | | Line No. 16 | 5A | Line No. 25 | |
| Line No. 8 | | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | CK-99294165 | Line No. 18 | OK-99210206 | Line No. ___ | |

## Signatures - Invalidated on a Line-by-Line Basis:

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 2 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 4 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | 1 |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | [illegible] | 20A | 1 |
| 21A | | 21A | |

## Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | [illegible] | 11B | [illegible] |

[illegible] 22-25 6/18/17

## Recapitulation:

| | |
|---|---|
| Total **Actual** Signatures on page: | 25 |
| Less Remaining **invalid** signatures on page: | 9 |
| Remaining **valid** signatures on page | 16 |

[signature] 7/26/2017 Democratic Signature

[signature] 7/26/2017 Republican Signature

[signature] / /2017 Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 2

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line | Reason | Line | Reason | Line | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | 8A H0172590 | Line No. 19 | OK-A4816540 |
| Line No. 2 | | Line No. 11 | | Line No. 20 | 5A |
| Line No. 3 | 10A | Line No. 12 | 12A. ADDRESS IN 2ND LEG | Line No. 21 | |
| Line No. 4 | SDNA | Line No. 13 | 12A- H1196890-2ND LEG | Line No. 22 | |
| Line No. 5 | | Line No. 14 | | Line No. 23 | |
| Line No. 6 | 10A | Line No. 15 | | Line No. 24 | |
| Line No. 7 | OK H1044530 | Line No. 16 | 10A | Line No. 25 | |
| Line No. 8 | 12A-97008528 2ND LEG | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | OK- H0582900 | Line No. 18 | 12A-99121831 | Line No. ___ | |

## Signatures - Invalidated on a Line-by-Line Basis:

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 1 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 5 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 4 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

## Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

## Recapitulation:

| | |
|---|---|
| Total Actual Signatures on page: | 23 |
| Less Remaining invalid signatures on page: | 11 |
| Remaining valid signatures on page | 12 |

[signature] 7/26/2017
Democratic Signature

[signature] 7/26/2017
Republican Signature

[signature] 7/31/2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
# PETITION OBJECTION
# PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Coffman Petition Page No.: 3

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 8A-99105546 | Line No. 10 | 10A | Line No. 19 | 10A |
| Line No. 2 | 10A | Line No. 11 | 12A-H1200630 2ND LEG | Line No. 20 | 8A-99394854 |
| Line No. 3 | 12A ADDRESS IN 7TH LEG | Line No. 12 | 12A-99318132 2ND LEG | Line No. 21 | 10A |
| Line No. 4 | 8A-99292150 | Line No. 13 | 12A-99066185 2nd LEG | Line No. 22 | 8A 99214040 |
| Line No. 5 | | Line No. 14 | 8A-99165471 | Line No. 23 | |
| Line No. 6 | | Line No. 15 | 10A | Line No. 24 | 5A |
| Line No. 7 | | Line No. 16 | 10A | Line No. 25 | |
| Line No. 8 | | Line No. 17 | 12A-99360016 2ND LEG | Line No. ___ | |
| Line No. 9 | 10A | Line No. 18 | 8A A1419940 | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 6 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 7 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 5 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 21 |
| Less Remaining invalid signatures on page: | 19 |
| Remaining valid signatures on page | 2 |

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

[signature] 7/29/2017 — Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
# PETITION OBJECTION
# PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 4

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line | Reason | Line | Reason | Line | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | | Line No. 19 | |
| Line No. 2 | | Line No. 11 | | Line No. 20 | |
| Line No. 3 | 8A 99200921 | Line No. 12 | | Line No. 21 | |
| Line No. 4 | | Line No. 13 | OK-99279946 | Line No. 22 | |
| Line No. 5 | | Line No. 14 | 10A | Line No. 23 | |
| Line No. 6 | | Line No. 15 | 8A-H0138210 | Line No. 24 | |
| Line No. 7 | | Line No. 16 | | Line No. 25 | |
| Line No. 8 | | Line No. 17 | 8A-B2559010 | Line No. ___ | |
| Line No. 9 | | Line No. 18 | | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | 17 |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 17 |
| Less Remaining invalid signatures on page: | 17 |
| Remaining valid signatures on page | 0 |

[signature] 7/26/2017
Democratic Signature

[signature] 7/26/2017
Republican Signature

[signature] 7/29/2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
# PETITION OBJECTION
# PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 5

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 12A - 2nd leg | Line No. 10 | 12A - 97014400 - 3RD LEG | Line No. 19 | |
| Line No. 2 | | Line No. 11 | 12A - NO SCHOOL ST IN 1ST LEG | Line No. 20 | |
| Line No. 3 | 12A - 2nd leg | Line No. 12 | 12A - H0473130 - 10TH LEG | Line No. 21 | 5A |
| Line No. 4 | 12A - 2nd leg | Line No. 13 | 12A - 99401190 - 2nd leg | Line No. 22 | OK - H0291560 |
| Line No. 5 | | Line No. 14 | | Line No. 23 | OK - 99297348 |
| Line No. 6 | 10A | Line No. 15 | 10A - H1361780 | Line No. 24 | OK - H0467430 |
| Line No. 7 | | Line No. 16 | 12A - 99125167 - 2nd leg | Line No. 25 | |
| Line No. 8 | OK - R246110 | Line No. 17 | | Line No. ___ | |
| Line No. 9 | | Line No. 18 | 5A | Line No. ___ | |

## Signatures - Invalidated on a Line-by-Line Basis:

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 2 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 2 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 8 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

## Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

## Recapitulation:

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 12 |
| Remaining valid signatures on page | 13 |

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

___/___/2017 — Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 6

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for Invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | | Line No. 19 | 10A |
| Line No. 2 | OK-99038809 | Line No. 11 | 5A | Line No. 20 | 12A-B0881650-3RD leg |
| Line No. 3 | 5A | Line No. 12 | 12A-3rd leg | Line No. 21 | 12A-99300186-2nd leg |
| Line No. 4 | 10A | Line No. 13 | 12A-A49681680-3RD LEG | Line No. 22 | OK-99150361 |
| Line No. 5 | 12A-2nd leg | Line No. 14 | 12A-P41863940-3rd leg | Line No. 23 | |
| Line No. 6 | 12A-99382262 7TH LEG | Line No. 15 | 12A-H0344760 2nd leg | Line No. 24 | 10A |
| Line No. 7 | | Line No. 16 | 12A-2nd leg | Line No. 25 | 16A-KHC Pg 2 L 9-7/1/17 |
| Line No. 8 | 10A | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | 10A | Line No. 18 | 10A | Line No. ___ | |

## Signatures - Invalidated on a Line-by-Line Basis:

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 2 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 8 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 9 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | 1 |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

## Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 20 |
| Remaining valid signatures on page | 5 |

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

[signature] 7/29/2017 — Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 7

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | 8A 99186492 | Line No. 19 | |
| Line No. 2 | 5A | Line No. 11 | 8A - 99024167 | Line No. 20 | |
| Line No. 3 | 10A | Line No. 12 | 16A BMW P.85 L.11 6/7/17 | Line No. 21 | 10A L1231670 |
| Line No. 4 | | Line No. 13 | 8A 3246830 | Line No. 22 | 12A 99212155 |
| Line No. 5 | 10A | Line No. 14 | SDNA 99367195 | Line No. 23 | 10A |
| Line No. 6 | 10A | Line No. 15 | 12A 99276176 | Line No. 24 | 10A |
| Line No. 7 | 10A | Line No. 16 | 10A | Line No. 25 | |
| Line No. 8 | 16A BMW P.66 L.13 6/7/17 | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | 10A | Line No. 18 | 8A 05650580 | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 4 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 10 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 2 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | 2 |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | ______ | 20A | |
| 21A | ______ | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | ______ | 10B | |
| 11B. | ______ | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 24 |
| Less Remaining invalid signatures on page: | 19 |
| Remaining valid signatures on page | 5 |

[signature] 7/26/2017
Democratic Signature


7/26/2017
Republican Signature

___/___/2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 8

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line | Reason | Line | Reason | Line | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | 10A | Line No. 19 | 16A BMW P 113 L7 6/27/17 |
| Line No. 2 | OK 99111794 | Line No. 11 | 10A | Line No. 20 | |
| Line No. 3 | 10A | Line No. 12 | 10A | Line No. 21 | |
| Line No. 4 | OK-99229135 | Line No. 13 | 10A | Line No. 22 | 8A 173293290 |
| Line No. 5 | 5A | Line No. 14 | | Line No. 23 | OK 99338856 |
| Line No. 6 | 10A | Line No. 15 | 10A | Line No. 24 | 10A |
| Line No. 7 | | Line No. 16 | | Line No. 25 | 10A |
| Line No. 8 | 10A | Line No. 17 | 16A BMW P 115 L6 6/27/17 | Line No. ___ | |
| Line No. 9 | 10A | Line No. 18 | 16A BMW P 115 L8 6/27 | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 1 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 12 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | 3 |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 17 |
| Remaining valid signatures on page | 8 |

[signature] 7/26/2017
Democratic Signature

Allison Judd 7/26/2017
Republican Signature

___ / ___ /2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1st DIST. - Khalil H Coffman Petition Page No.: 9

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line | Reason | Line | Reason | Line | Reason |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | | Line No. 19 | |
| Line No. 2 | | Line No. 11 | 12A - 2nd Leg | Line No. 20 | |
| Line No. 3 | SDNA 99007510 | Line No. 12 | | Line No. 21 | |
| Line No. 4 | | Line No. 13 | OK-B2104670 | Line No. 22 | |
| Line No. 5 | | Line No. 14 | | Line No. 23 | |
| Line No. 6 | 12A-L0582750 2nd Leg | Line No. 15 | | Line No. 24 | |
| Line No. 7 | | Line No. 16 | | Line No. 25 | |
| Line No. 8 | 12A H1733100 - 7th Leg | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | 12A-99387442 - 7th Leg | Line No. 18 | | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 1 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 4 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 16 |
| Less Remaining invalid signatures on page: | 5 |
| Remaining valid signatures on page | 11 |

[signature] 7/26/2017
Democratic Signature

[signature] 7/26/2017
Republican Signature

___/___/2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 10

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| | | | | | |
|---|---|---|---|---|---|
| Line No. 1 | 5A | Line No. 10 | | Line No. 19 | |
| Line No. 2 | OK-99385798 | Line No. 11 | | Line No. 20 | |
| Line No. 3 | 10A | Line No. 12 | | Line No. 21 | |
| Line No. 4 | 10A | Line No. 13 | | Line No. 22 | |
| Line No. 5 | 10A | Line No. 14 | | Line No. 23 | |
| Line No. 6 | 12A - 2nd leg | Line No. 15 | | Line No. 24 | |
| Line No. 7 | 12A - 2nd leg | Line No. 16 | | Line No. 25 | |
| Line No. 8 | | Line No. 17 | | Line No. ___ | |
| Line No. 9 | | Line No. 18 | | Line No. ___ | |

Signatures - Invalidated on a Line-by-Line Basis:

1A. without proper date of signing .......... 1A ______
2A. dated prior to first day for signing .......... 2A ______
3A. dated prior to preceding date(s) listed on petition .......... 3A ______
4A. dated after date set forth in affidavit of subscribing witness .......... 4A ______
5A. of persons whose signatures are not identifiable .......... 5A ______
6A. of persons with unidentifiable or missing given name .......... 6A ______
7A. of persons with initials not identifiable with register .......... 7A ______
8A. of persons whose names are hand printed .......... 8A ______
9A. of persons with incomplete or no residence address set forth .......... 9A ______
10A. of persons not registered at address set forth in petition .......... 10A ______
11A. of persons with mailing address rather than residence address set forth .......... 11A ______
12A. of persons who do not reside in political unit .......... 12A ______
13A. of persons with no town or city set forth .......... 13A ______
14A. of persons not registered in town or city as set forth .......... 14A ______
15A. of persons who witnessed own signature .......... 15A ______
16A. of persons who signed petition for office on same or earlier date .......... 16A ______
17A. of persons who are not enrolled in political party making designation .......... 17A ______
18A. of persons written in lead pencil .......... 18A ______
19A. of persons who fail to initial modifications of the date or signature .......... 19A ______
20A. ______ .......... 20A ______
21A ______ .......... 21A ______

Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

1B. who is not a registered voter .......... 1B ______
2B. who is not enrolled in political party making designation .......... 2B ______
3B. who is not otherwise qualified to circulate the petition .......... 3B ______
4B. who fails to set forth correct residence address .......... 4B ______
5B. who fails to set forth correct number of signatures subscribed to .......... 5B ______
6B. who fails to set forth a proper date of signing .......... 6B ______
7B. who is not identified by correct city or town, or county .......... 7B 7
8B. of notary public or commissioner of deeds who fails to set forth official title .......... 8B ______
9B. who fails to initial modifications .......... 9B ______
10B. ______ .......... 10B ______
11B. ______ .......... 11B ______

Recapitulation:

Total Actual Signatures on page: .......... 7
Less Remaining invalid signatures on page: .......... 7
Remaining valid signatures on page .......... 0

[signature] 7/26/2017
Democratic Signature


7/26/2017
Republican Signature

___/___/2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Coffman Petition Page No.: 11

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for Invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | 5A | Line No. 19 | |
| Line No. 2 | | Line No. 11 | 12A - courtland 4 in 2nd leg | Line No. 20 | |
| Line No. 3 | | Line No. 12 | 12A - A0919800 - 3rd leg | Line No. 21 | |
| Line No. 4 | | Line No. 13 | OK - H2005320 | Line No. 22 | 12A - address in 2nd leg |
| Line No. 5 | | Line No. 14 | 10A | Line No. 23 | |
| Line No. 6 | | Line No. 15 | 12A address in 2nd leg | Line No. 24 | OK - 99403070 |
| Line No. 7 | 10A | Line No. 16 | 5A | Line No. 25 | 8A - H1267220 |
| Line No. 8 | 12A - B2380290 2nd leg | Line No. 17 | OK - 99189722 | Line No. ___ | |
| Line No. 9 | 12A - R0195250 3rd leg | Line No. 18 | 10A - 99022379 | Line No. ___ | |

### Signatures - Invalidated on a Line-by-Line Basis:

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 2 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 1 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 3 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 6 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

### Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

### Recapitulation:

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 12 |
| Remaining valid signatures on page | 13 |

[signature] 7/26/2017
Democratic Signature


[signature] 7/26/2017
Republican Signature

___ / ___ /2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 12

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | 12A - address in 2nd Leg | Line No. 19 | 12A - address in 2nd Leg |
| Line No. 2 | 10A | Line No. 11 | 12A - 99370112 - 2nd Leg | Line No. 20 | 12A - address in 3rd Leg |
| Line No. 3 | | Line No. 12 | 10A - 99346550 | Line No. 21 | 10A |
| Line No. 4 | 10A | Line No. 13 | OK - 99379516 | Line No. 22 | 8A - A3374850 |
| Line No. 5 | 12A - address in 3rd Leg | Line No. 14 | OK - 99192974 | Line No. 23 | 12A 99333844 2nd Leg |
| Line No. 6 | 10A - 99144742 | Line No. 15 | 8A - 1114374050 | Line No. 24 | 10A |
| Line No. 7 | 12A - 99229492 - 2nd Leg | Line No. 16 | 12A - address in 2nd Leg | Line No. 25 | |
| Line No. 8 | 12A - H1597190 - 2nd Leg | Line No. 17 | | Line No. ___ | |
| Line No. 9 | 12A - 99255497 - 2nd Leg | Line No. 18 | OK - H0318140 | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 2 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 7 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 10 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 19 |
| Remaining valid signatures on page | 6 |

[signature] 7/26/2017
Democratic Signature

[signature] 7/26/2017
Republican Signature

___ / /2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 13

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for Invalidation

| | | | | | |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | | Line No. 19 | |
| Line No. 2 | OK 040116870 | Line No. 11 | | Line No. 20 | |
| Line No. 3 | | Line No. 12 | | Line No. 21 | |
| Line No. 4 | | Line No. 13 | | Line No. 22 | |
| Line No. 5 | 10A | Line No. 14 | | Line No. 23 | |
| Line No. 6 | | Line No. 15 | | Line No. 24 | |
| Line No. 7 | | Line No. 16 | | Line No. 25 | |
| Line No. 8 | | Line No. 17 | | Line No. ___ | |
| Line No. 9 | | Line No. 18 | | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

1A. without proper date of signing ..... 1A ______
2A. dated prior to first day for signing ..... 2A ______
3A. dated prior to preceding date(s) listed on petition ..... 3A ______
4A. dated after date set forth in affidavit of subscribing witness ..... 4A ______
5A. of persons whose signatures are not identifiable ..... 5A ______
6A. of persons with unidentifiable or missing given name ..... 6A ______
7A. of persons with initials not identifiable with register ..... 7A ______
8A. of persons whose names are hand printed ..... 8A ______
9A. of persons with incomplete or no residence address set forth ..... 9A ______
10A. of persons not registered at address set forth in petition ..... 10A ______
11A. of persons with mailing address rather than residence address set forth ..... 11A ______
12A. of persons who do not reside in political unit ..... 12A ______
13A. of persons with no town or city set forth ..... 13A ______
14A. of persons not registered in town or city as set forth ..... 14A ______
15A. of persons who witnessed own signature ..... 15A ______
16A. of persons who signed petition for office on same or earlier date ..... 16A ______
17A. of persons who are not enrolled in political party making designation ..... 17A ______
18A. of persons written in lead pencil ..... 18A ______
19A. of persons who fail to initial modifications of the date or signature ..... 19A ______
20A. ______ ..... 20A ______
21A ______ ..... 21A ______

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

1B. who is not a registered voter ..... 1B ______
2B. who is not enrolled in political party making designation ..... 2B ______
3B. who is not otherwise qualified to circulate the petition ..... 3B ______
4B. who fails to set forth correct residence address ..... 4B ______
5B. who fails to set forth correct number of signatures subscribed to ..... 5B ______
6B. who fails to set forth a proper date of signing ..... 6B ______
7B. who is not identified by correct city or town, or county ..... 7B 5
8B. of notary public or commissioner of deeds who fails to set forth official title ..... 8B ______
9B. who fails to initial modifications ..... 9B ______
10B. ______ ..... 10B ______
11B. ______ ..... 11B ______

**Recapitulation:**

Total Actual Signatures on page: ..... 5
Less Remaining invalid signatures on page: ..... 5
Remaining valid signatures on page ..... 0

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

______ / /2017 — Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 14

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | Reason | Line No. | Reason | Line No. | Reason |
|---|---|---|---|---|---|
| Line No. 1 | | Line No. 10 | 10A | Line No. 19 | |
| Line No. 2 | | Line No. 11 | | Line No. 20 | |
| Line No. 3 | | Line No. 12 | 10A | Line No. 21 | |
| Line No. 4 | | Line No. 13 | | Line No. 22 | 12A 99307121 - 8th Leg |
| Line No. 5 | | Line No. 14 | | Line No. 23 | 8A 99066564 |
| Line No. 6 | | Line No. 15 | 12A address in 2nd Leg | Line No. 24 | OK 99063046 |
| Line No. 7 | | Line No. 16 | | Line No. 25 | 12A address in 2nd Leg |
| Line No. 8 | | Line No. 17 | | Line No. ___ | |
| Line No. 9 | | Line No. 18 | 12A Weston Ave in 2nd Leg | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 1 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 2 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 4 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 12 |
| Less Remaining invalid signatures on page: | 7 |
| Remaining valid signatures on page | 5 |

[signature] 7/26/2017
Democratic Signature

Allison Judd 7/26/2017
Republican Signature

___ / ___ /2017
Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1st DIST. - Khalil H Cottman Petition Page No.: 15

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line No. | | Line No. | | Line No. | |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | 10A | Line No. 19 | OK - 9934514 |
| Line No. 2 | 10A | Line No. 11 | 10A | Line No. 20 | |
| Line No. 3 | 10A | Line No. 12 | 10A | Line No. 21 | 10A |
| Line No. 4 | 10A | Line No. 13 | 10A | Line No. 22 | 10A |
| Line No. 5 | 10A | Line No. 14 | 10A | Line No. 23 | 12A M8540640 - 2nd Leg |
| Line No. 6 | | Line No. 15 | OK - 990416038 | Line No. 24 | 10A |
| Line No. 7 | 10A - H1043450 | Line No. 16 | 10A | Line No. 25 | |
| Line No. 8 | 10A | Line No. 17 | 12A - B1745830 2nd Leg | Line No. ___ | |
| Line No. 9 | | Line No. 18 | 10A | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 17 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 2 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 19 |
| Remaining valid signatures on page | 6 |

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

___/___/2017 — Manager Review

**ERIE COUNTY BOARD OF ELECTIONS**
**PETITION OBJECTION**
**PAGE REPORT**

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Cottman Petition Page No.: 16

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for invalidation

| Line | Reason | Line | Reason | Line | Reason |
|---|---|---|---|---|---|
| Line No. 1 | 10A | Line No. 10 | | Line No. 19 | 12A address in 2nd leg |
| Line No. 2 | 10A-99329474 | Line No. 11 | 8A 99036224 | Line No. 20 | 10A |
| Line No. 3 | 10A | Line No. 12 | OK-A04168270 | Line No. 21 | |
| Line No. 4 | 8A-99173078 | Line No. 13 | 8A 99166610 | Line No. 22 | 10A |
| Line No. 5 | 8A-R8942940 | Line No. 14 | | Line No. 23 | 10A (MARINER Home) |
| Line No. 6 | 12A-M2515150-2nd Leg | Line No. 15 | 5A | Line No. 24 | 10A |
| Line No. 7 | 10A | Line No. 16 | 10A | Line No. 25 | 12A-H05715620-2nd leg |
| Line No. 8 | | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | | Line No. 18 | | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | 1 |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | 4 |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 10 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 3 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 25 |
| Less Remaining invalid signatures on page: | 18 |
| Remaining valid signatures on page | 7 |

Mary Ann Gray 7/28/17

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 & 7/28/17 — Republican Signature

____ / ____ /2017 — Manager Review

# ERIE COUNTY BOARD OF ELECTIONS
## PETITION OBJECTION
## PAGE REPORT

Petition of: ERIE COUNTY LEG 1ST DIST. - Khalil H Coffman Petition Page No.: 17

UPON EXAMINATION, WE THE UNDERSIGNED, REPORT THE FOLLOWING:

Reason for Invalidation

| | | | | | |
|---|---|---|---|---|---|
| Line No. 1 | 12A-address in 2nd Leg | Line No. 10 | OK-H05953600 | Line No. 19 | 12A-99057034-2nd leg |
| Line No. 2 | OK-H04605690 | Line No. 11 | | Line No. 20 | |
| Line No. 3 | 12A-address in 2nd Leg | Line No. 12 | | Line No. 21 | OK-H0154970 |
| Line No. 4 | 10A | Line No. 13 | 10A | Line No. 22 | |
| Line No. 5 | | Line No. 14 | OK-H03816400 | Line No. 23 | |
| Line No. 6 | 10A | Line No. 15 | 10A | Line No. 24 | |
| Line No. 7 | 10A | Line No. 16 | 10A | Line No. 25 | |
| Line No. 8 | OK-992510055 | Line No. 17 | 10A | Line No. ___ | |
| Line No. 9 | | Line No. 18 | 12A- R0301590- 2nd leg | Line No. ___ | |

**Signatures - Invalidated on a Line-by-Line Basis:**

| | | | |
|---|---|---|---|
| 1A. | without proper date of signing | 1A | |
| 2A. | dated prior to first day for signing | 2A | |
| 3A. | dated prior to preceding date(s) listed on petition | 3A | |
| 4A. | dated after date set forth in affidavit of subscribing witness | 4A | |
| 5A. | of persons whose signatures are not identifiable | 5A | |
| 6A. | of persons with unidentifiable or missing given name | 6A | |
| 7A. | of persons with initials not identifiable with register | 7A | |
| 8A. | of persons whose names are hand printed | 8A | |
| 9A. | of persons with incomplete or no residence address set forth | 9A | |
| 10A. | of persons not registered at address set forth in petition | 10A | 7 |
| 11A. | of persons with mailing address rather than residence address set forth | 11A | |
| 12A. | of persons who do not reside in political unit | 12A | 4 |
| 13A. | of persons with no town or city set forth | 13A | |
| 14A. | of persons not registered in town or city as set forth | 14A | |
| 15A. | of persons who witnessed own signature | 15A | |
| 16A. | of persons who signed petition for office on same or earlier date | 16A | |
| 17A. | of persons who are not enrolled in political party making designation | 17A | |
| 18A. | of persons written in lead pencil | 18A | |
| 19A. | of persons who fail to initial modifications of the date or signature | 19A | |
| 20A. | | 20A | |
| 21A. | | 21A | |

**Subscribing Witness - Signatures Voided by Invalidity of Witness Statement:**

| | | | |
|---|---|---|---|
| 1B. | who is not a registered voter | 1B | |
| 2B. | who is not enrolled in political party making designation | 2B | |
| 3B. | who is not otherwise qualified to circulate the petition | 3B | |
| 4B. | who fails to set forth correct residence address | 4B | |
| 5B. | who fails to set forth correct number of signatures subscribed to | 5B | |
| 6B. | who fails to set forth a proper date of signing | 6B | |
| 7B. | who is not identified by correct city or town, or county | 7B | |
| 8B. | of notary public or commissioner of deeds who fails to set forth official title | 8B | |
| 9B. | who fails to initial modifications | 9B | |
| 10B. | | 10B | |
| 11B. | | 11B | |

**Recapitulation:**

| | |
|---|---|
| Total Actual Signatures on page: | 24 |
| Less Remaining invalid signatures on page: | 11 |
| Remaining valid signatures on page | 13 |

GARY PAJONK

[signature] 7/26/2017 — Democratic Signature

[signature] 7/26/2017 — Republican Signature

___/___/2017 — Manager Review