# DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 45 Bee Hunter Ct. East Amherst, NY 14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Barker 435 Stonn Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215

as a committee to fill vacancies in accordance with the provisions of the election law.
IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature.

| # | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 6-28-17 | Andrew Jefferson | 219 Blaine Ave. | Buffalo, N.Y. |
| 2 | 6/29 | Melissa Bowman | 481 Entice | Buffalo, N.Y. |
| 3 | 6/29 | Nali Boyer Everett | 169 Landon St | Buffalo, N.Y. |
| 4 | 6/29 | Elizabeth Steele | 201 Landon St | Buffalo, N.Y. |
| 5 | 6/29 | Freddie Mills Jr. | 225 Landon St. | Buffalo, N.Y. |
| 6 | 6/29 | Nicole Malls | 229 Landon St | Buffalo, N.Y. |
| 7 | 6/29 | Freddie Mills | 229 Landon St | Buffalo, N.Y. KC |
| 8 | 6/29 | Renee Malls | 229 Landon St | Buffalo, N.Y. KC |
| 9 | 6/29 | Annette Austin | 185 Landon St | Buffalo, N.Y. |
| 10 | 6/29 | Ray Austin | 181 Landon St. | Buffalo, N.Y. |
| 11 | 6/28 | Kay R. Wilson | 119 Phyllis Ave. | Buffalo, N.Y. |
| 12 | 6/29 | Elvina Smith | 169 Landon St. | Buffalo, N.Y. |
| 13 | 6/29 | Becia Cockrell | 134 Landon | Buffalo, N.Y. |
| 14 | 6/29 | Jasmine cockrell | 721 Filmore | Buffalo, N.Y. |
| 15 | 6/29 | Tasha Watkins | 296 Wilson | Buffalo, N.Y. |
| 16 | 6/29 | Jeffrey Watkins | 134 Landon | Buffalo, N.Y. |
| 17 | 6/29 | Latosia Loder | 15 Roehrer | Buffalo, N.Y. |
| 18 | 6/29 | Clarence S. | | Buffalo, N.Y. KC |
| 19 | 6/29 | Demetrice Burns | 116 Landon St. | Buffalo, N.Y. |
| 20 | 6/29 | Ronald Fisher | 82 Landon St | Buffalo, N.Y. |
| 21 | 6/29 | Sadie Giffords | 246 Landon St | Buffalo, N.Y. |
| 22 | 6/29 | | 228 Laurel St | Buffalo, N.Y. |
| 23 | 6/29 | Aleria Awis | 83 Landon St | Buffalo, N.Y. |
| 24 | 06/29 | Kenaisha Swanner | 59 Landon | Buffalo, N.Y. |
| 25 | 6/29 | Dawn Smith | 9 Elsie Pl. | Buffalo, N.Y. |

**Complete ONE of the following**

1) STATEMENT OF WITNESS
I, (name of witness) Khalil H. Cottman, state: I am a duly qualified voter of the State of New York, and am an enrolled voter of the Democratic Party.
I now reside at (residence address) 68 Brunswick Blvd
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) 21 KC signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

6-30, 2017      Signature of Witness

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City  BUFFALO                County          ERIE

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

_____, 2017      Signature and Official Title of Officer Administering Oath
Date                                                                                       Sheet No.

## DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 4 5 Bee Hunter Ct, East Amherst, NY 14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Barker 435 Starin Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215
as a committee to fill vacancies in accordance with the provisions of the election law.
IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature.

| | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 6/27 | [signature] | 70 Eller Ave | Buffalo, N.Y. |
| 2 | 6/27 | Jonathan Kyles | 231 Longfield Dr | Buffalo, N.Y. |
| 3 | 6/27 | Serena Laman | 865 Michigan Ave | Buffalo, N.Y. |
| 4 | 6/27 | Lopez | PO Box 343 | Buffalo, N.Y. |
| 5 | | | | Buffalo, N.Y. |
| 6 | 6/27 | [signature] | 38 Maple | Buffalo, N.Y. |
| 7 | 6/27 | Adrienne Frederick | [illegible] Ave | Buffalo, N.Y. |
| 8 | 6/27 | Jacquelene Diaz | 107 19th St | Buffalo, N.Y. |
| 9 | 6/27 | [signature] Duncan | 116 Durham Ave | Buffalo, N.Y. |
| 10 | 6/27 | M. Cloud | 12 Center Lane | Buffalo, N.Y. |
| 11 | 6/27 | [signature] | 1165 [illegible] | Buffalo, N.Y. |
| 12 | 6/27 | Jennifer Young | 346 Northland Ave | Buffalo, N.Y. |
| 13 | 6/27 | [signature] | 35 W Virginia St | Buffalo, N.Y. |
| 14 | 6/27 | [signature] | [illegible] Delavan | Buffalo, N.Y. |
| 15 | 6/27 | [signature] | 85 West Northrup | Buffalo, N.Y. |
| 16 | 6/27 | [signature] | 85 W Northrup | Buffalo, N.Y. |
| 17 | | | | Buffalo, N.Y. |
| 18 | | | | Buffalo, N.Y. |
| 19 | | | | Buffalo, N.Y. |
| 20 | | | | Buffalo, N.Y. |
| 21 | | | | Buffalo, N.Y. |
| 22 | | | | Buffalo, N.Y. |
| 23 | | | | Buffalo, N.Y. |
| 24 | | | | Buffalo, N.Y. |
| 25 | | | | Buffalo, N.Y. |

Complete ONE of the following

1) STATEMENT OF WITNESS
I, (name of witness) Joshua Bullock, state: I am a duly qualified voter of the State of New York and am an enrolled voter of the Democratic Party.
I now reside at (residence address) 268 North St.
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) 15 signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

Date 6/27/2017    Signature of Witness [signature]

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City: BUFFALO       County: ERIE

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

Date _____, 2017    Signature and Official Title of Officer Administering Oath

Sheet No. _____

# DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 45 Bee Hunter Ct, East Amherst, NY 14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Harker 435 Starin Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215
as a committee to fill vacancies in accordance with the provisions of the election law.

IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature

| # | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 6-13 | Tatianna [illegible] | 36 Camp St. | Buffalo, N.Y. |
| 2 | 6-13 | Steven Carter | W. Tupper St. | Buffalo, N.Y. |
| 3 | 6-13 | [illegible] Brockton | 147 [illegible] | Buffalo, N.Y. |
| 4 | 6-13 | [illegible] Johnson | 253 Ontario St. | Buffalo, N.Y. |
| 5 | 6-13 | Donald [illegible] | 170 Vermont St. | Buffalo, N.Y. |
| 6 | | | | Buffalo, N.Y. |
| 7 | | | | Buffalo, N.Y. |
| 8 | | | | Buffalo, N.Y. |
| 9 | | | | Buffalo, N.Y. |
| 10 | | | | Buffalo, N.Y. |
| 11 | | | | Buffalo, N.Y. |
| 12 | | | | Buffalo, N.Y. |
| 13 | | | | Buffalo, N.Y. |
| 14 | | | | Buffalo, N.Y. |
| 15 | | | | Buffalo, N.Y. |
| 16 | | | | Buffalo, N.Y. |
| 17 | | | | Buffalo, N.Y. |
| 18 | | | | Buffalo, N.Y. |
| 19 | | | | Buffalo, N.Y. |
| 20 | | | | Buffalo, N.Y. |
| 21 | | | | Buffalo, N.Y. |
| 22 | | | | Buffalo, N.Y. |
| 23 | | | | Buffalo, N.Y. |
| 24 | | | | Buffalo, N.Y. |
| 25 | | | | Buffalo, N.Y. |

Complete ONE of the following

1) STATEMENT OF WITNESS

I, (name of witness) **Kenneth L. Debrotts Jr.**, state: I am a duly qualified voter of the State am an enrolled voter of the Democratic Party.
I now reside at (residence address) **340 Windermere Blvd Amherst NY 14226**   ← NOTE
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) **5** signature same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

**6-13**, 2017   Signature of Witness
Date

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City   **BUFFALO**         County   **ERIE**

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS

On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

_____, 2017    _____    Sheet No. _____
Date                    Signature and Official Title of Officer Administering Oath



# DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 4 5 Bee Hunter Ct. East Amherst, NY  14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY  14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY  14201
George F. Nicholas 34 Roman Lane. Amherst, NY  14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY  14215
Angela V. Barker 435 Starin Avenue, Buffalo, NY  14216
Jennifer Mecozzi  333 15th Street, Buffalo, NY  14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY  14215
as a committee to fill vacancies in accordance with the provisions of the election law.

IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature

| | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 7/10/17 | [signature] | P.O. Box 577 | Buffalo, N.Y. |
| 2 | 7/10/17 | [signature] | 679 Broadway | Buffalo, N.Y. |
| 3 | 7/10/17 | [signature] Johnson | 228 Northampton St | Buffalo, N.Y. |
| 4 | 7/10/17 | [signature] | 116 Fern Hill Ave. 14215 | Buffalo, N.Y. |
| 5 | 7/10/17 | Phyllis Fleming | 800 William St 14206 | Buffalo, N.Y. |
| 6 | | | | Buffalo, N.Y. |
| 7 | | | | Buffalo, N.Y. |
| 8 | | | | Buffalo, N.Y. |
| 9 | | | | Buffalo, N.Y. |
| 10 | | | | Buffalo, N.Y. |
| 11 | | | | Buffalo, N.Y. |
| 12 | | | | Buffalo, N.Y. |
| 13 | | | | Buffalo, N.Y. |
| 14 | | | | Buffalo, N.Y. |
| 15 | | | | Buffalo, N.Y. |
| 16 | | | | Buffalo, N.Y. |
| 17 | | | | Buffalo, N.Y. |
| 18 | | | | Buffalo, N.Y. |
| 19 | | | | Buffalo, N.Y. |
| 20 | | | | Buffalo, N.Y. |
| 21 | | | | Buffalo, N.Y. |
| 22 | | | | Buffalo, N.Y. |
| 23 | | | | Buffalo, N.Y. |
| 24 | | | | Buffalo, N.Y. |
| 25 | | | | Buffalo, N.Y. |

**Complete ONE of the following**

1) STATEMENT OF WITNESS
I, (name of witness) Kenneth DeJornette , state: I am a duly qualified w[itness]
am an enrolled voter of the Democratic Party.
I now reside at (residence address) 340 Winderweve Blvd Amherst NY 14226  ← **NOTE**
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) 5 signatures, subscribed the same in my presence and on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

7/11/17 ,2017   [signature]
Date            Signature of Witness

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City ____BUFFALO____   County ____ERIE____

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in *my* presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

_____ ,2017   _____   _____
Date                 Signature and Official Title of Officer Administering Oath   Sheet No

44

## DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 45 Bee Hunter Ct, East Amherst, NY 14051
• Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Barker 435 Starin Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215
as a committee to fill vacancies in accordance with the provisions of the election law.

IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature

|    | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|----|-----------|----------------------------|-----------|--------------|
| 1  | 7/7/17    | Ivory Harris               | 469 Woodlawn | Buffalo, N.Y. |
| 2  | 7-7-17    | Demario Harris             | 469 Woodlawn | Buffalo, N.Y. |
| 3  | 7-7-17    | Beatrice Hughes            | 461 Best St | Buffalo, N.Y. |
| 4  | 7/7/17    | Kimberly Corey             | 469 Woodlawn | Buffalo, N.Y. |
| 5  | 7-8-17    | Mateen Saghuddin           | 470 Woodlawn | Buffalo, N.Y. |
| 6  | 7/8/17    | Lottie Stancil             | 470 Woodlawn | Buffalo, N.Y. |
| 7  | 7/8/17    | Demario Harris             | 469 Woodlawn | Buffalo, N.Y. |
| 8  |           | Ivory Harris               | 469 Woodlawn | Buffalo, N.Y. |
| 9  | 7/9/17    |                            | 198 Hazelwood Ave | Buffalo, N.Y. |
| 10 | 7-9-17    |                            | 210 Hazelwood Ave | Buffalo, N.Y. |
| 11 | 7-9-17    |                            | 205 Winslow Ave | Buffalo, N.Y. |
| 12 | 7-9-17    | Kevin Tyson                | 443 N. Division St | Buffalo, N.Y. |
| 13 | 7-10-17   |                            | 386 east utica | Buffalo, N.Y. |
| 14 | 7/10/17   | Paul McCree                | 191 Winslow Ave | Buffalo, N.Y. |
| 15 |           |                            |           | Buffalo, N.Y. |
| 16 |           |                            |           | Buffalo, N.Y. |
| 17 |           |                            |           | Buffalo, N.Y. |
| 18 |           |                            |           | Buffalo, N.Y. |
| 19 |           |                            |           | Buffalo, N.Y. |
| 20 |           |                            |           | Buffalo, N.Y. |
| 21 |           |                            |           | Buffalo, N.Y. |
| 22 |           |                            |           | Buffalo, N.Y. |
| 23 |           |                            |           | Buffalo, N.Y. |
| 24 |           |                            |           | Buffalo, N.Y. |
| 25 |           |                            |           | Buffalo, N.Y. |

**Complete ONE of the following**

1) STATEMENT OF WITNESS
I, (name of witness Kenneth DeJonette                                     , state: I am a duly qualified ← NOTE and am an enrolled voter of the Democratic Party.
I now reside at (residence address 340 Windermere Blvd Amherst NY 14226
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) 13 signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

7/11/17 , 2017
Date            Signature of Witness

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City_____BUFFALO_____          County_____ERIE_____

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

_____, 2017
Date              Signature and Official Title of Officer Administering Oath

Sheet No

# DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 45 Bee Hunter Ct. East Amherst, NY 14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Barker 435 Starin Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215
as a committee to fill vacancies in accordance with the provisions of the election law.

IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature

| # | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 7/4/17 | Serina Davis | 385 Elmwood Ave #7 | Buffalo, N.Y. |
| 2 | 7/4/17 | Victor Hidalgo | 305 North St. 14201 | Buffalo, N.Y. |
| 3 | 7/4/17 | Chris Chapman | 265 North St | Buffalo, N.Y. |
| 4 | 7/4/17 | [illegible] | 128 Wohlers Ave | Buffalo, N.Y. |
| 5 | 7/4/17 | Helena [illegible] | 385 Main St Apt. 214 | Buffalo, N.Y. |
| 6 | 7/4/17 | Jamal Fareed | 33 Emerson Pl | Buffalo, N.Y. |
| 7 | 7/4/17 | Talisha Bey | 59 Villa Ave #1 14216 | Buffalo, N.Y. |
| 8 | 7/4/17 | [illegible] | 59 Villa Ave #1 14216 | Buffalo, N.Y. |
| 9 | 7/4/17 | [illegible] | 186 Weston Ave | Buffalo, N.Y. |
| 10 | 7/4/17 | [illegible] | 100 E. Ferry St | Buffalo, N.Y. |
| 11 | 7/5/17 | [illegible] | 728 Hopkins St | Buffalo, N.Y. |
| 12 | 7/5/17 | [illegible] | 205 Comstock | Buffalo, N.Y. |
| 13 | 7/5 | Odessa Hampton | 263 Laurel St | Buffalo, N.Y. |
| 14 | 7/5 | Ashley [illegible] | 23 Andover | Buffalo, N.Y. |
| 15 | 7/5 | Natalie [illegible] | 101 Dakos Blvd | Buffalo, N.Y. |
| 16 | 7/5 | [illegible] | 280 Millicent | Buffalo, N.Y. |
| 17 | 7/5 | Thomasina W. Brown | 131 Edna Pl | Buffalo, N.Y. |
| 18 | 7/5 | [illegible] | 136 Oxford | Buffalo, N.Y. |
| 19 | 7/5 | [illegible] | Coral Walk | Buffalo, N.Y. |
| 20 | 7/5 | [illegible] | 29 Pierce Ave | Buffalo, N.Y. |
| 21 | 7/5 | Jasmine [illegible] | 240 Edison St | Buffalo, N.Y. |
| 22 | 7/5 | James Stephens | 25 W. Utica St apt 411 | Buffalo, N.Y. |
| 23 | 7/5 | [illegible] | 122 Guilford St | Buffalo, N.Y. |
| 24 | 7/5 | Glenn Washington | 646 Hertel Ave Buffalo NY 14207 | Buffalo, N.Y. |
| 25 | 7/5 | Mrs. Norah J. Williams | 84 Ideal St. 14206 | Buffalo, N.Y. |

**Complete ONE of the following**

1) **STATEMENT OF WITNESS**

I, (name of witness) Shauea E Wilson, state: I am a duly qualified voter of the State of New York, and am an enrolled voter of the Democratic Party. I now reside at (residence address) 316 Gley St Buffalo, NY 14208. Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) 25 signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

7-6-2017    Signature of Witness: Shauea E [signature]

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City: BUFFALO    County: ERIE

2) **NOTARY PUBLIC OR COMMISSIONER OF DEEDS**
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

Date _____, 2017    Signature and Official Title of Officer Administering Oath

Sheet No. _____

# DEMOCRATIC DESIGNATING PETITION

I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party and entitled to vote at the next primary election of such party, to be held on September 12, 2017; that my place of residence is truly stated opposite my signature and I hereby do designate the following named person as a candidate for the nomination of such party for public office or for election to a party position of such party.

| NAME OF CANDIDATE | PUBLIC OFFICE | PLACE OF RESIDENCE |
|---|---|---|
| Khalil H. Cottman | COUNTY LEGISLATOR<br>1st Legislative District<br>County of Erie<br>State of New York | 68 BRUNSWICK BLVD<br>Buffalo, NY 14208 |

I do hereby appoint:
Avery T. Bates 45 Bee Hunter Ct. East Amherst, NY 14051
Anthony L. Pendergrass 109 Brunswick Blvd., Buffalo, NY 14208
Lesley Haynes 155 Prospect Avenue, Buffalo, NY 14201
George F. Nicholas 34 Roman Lane, Amherst, NY 14226
Kinzer M. Pointer 254 Minnesota Avenue, Buffalo, NY 14215
Angela V. Barker 435 Starin Avenue, Buffalo, NY 14216
Jennifer Mecozzi 333 15th Street, Buffalo, NY 14213
Timothy L. Clemons 257 Roslyn Street, Buffalo, NY 14215
as a committee to fill vacancies in accordance with the provisions of the election law.

IN WITNESS WHEREOF, I have hereunto set my hand, the day and year set opposite my signature

| | DATE 2017 | Name of Signer (signature) | Residence | City or Town |
|---|---|---|---|---|
| 1 | 7/6 | Natasha B. | 299 Niagara St | Buffalo, N.Y. |
| 2 | 7/6 | Lateesha Williams | 10 7th St Apt 624 | Buffalo, N.Y. |
| 3 | 7/6 | Deanna Battle | 10 7th Street | Buffalo, N.Y. |
| 4 | 7/6 | Diane Wilson | 10 17th Street | Buffalo, N.Y. |
| 5 | 7/6 | Tanisha White | | Buffalo, N.Y. |
| 6 | 7/6 | Millionaire Robbins | 64 Pine Harbor Walk | Buffalo, N.Y. |
| 7 | 7/6 | Ronald Adams | 1647 Clinton St. | Buffalo, N.Y. |
| 8 | 7/6 | Atanza Hoffman | 1647 Clinton St | Buffalo, N.Y. |
| 9 | 7/6 | Henry Robins | 381 Guilford St | Buffalo, N.Y. |
| 10 | 7/6 | Shami Robins | 381 Guilford St | Buffalo, N.Y. |
| 11 | 7/6 | Antonio Coleman | 1645 Clinton St | Buffalo, N.Y. |
| 12 | | | | Buffalo, N.Y. |
| 13 | | | | Buffalo, N.Y. |
| 14 | | | | Buffalo, N.Y. |
| 15 | | | | Buffalo, N.Y. |
| 16 | | | | Buffalo, N.Y. |
| 17 | | | | Buffalo, N.Y. |
| 18 | | | | Buffalo, N.Y. |
| 19 | | | | Buffalo, N.Y. |
| 20 | | | | Buffalo, N.Y. |
| 21 | | | | Buffalo, N.Y. |
| 22 | | | | Buffalo, N.Y. |
| 23 | | | | Buffalo, N.Y. |
| 24 | | | | Buffalo, N.Y. |
| 25 | | | | Buffalo, N.Y. |

**Complete ONE of the following**

1) STATEMENT OF WITNESS
I, (name of witness) __Khalil H. Cottman__, state: I am a duly qualified voter of the State of New York, and am an enrolled voter of the Democratic Party. I now reside at (residence address) __68 Brunswick Blvd__.
Each of the individuals whose names are subscribed to this petition sheet containing (fill in number) __6__ signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

__7/7__, 2017   Signature of Witness
Date

WITNESS IDENTIFICATION INFORMATION: The following information for the witness named above must be completed prior to filing with the Board of Elections for this petition to be valid.

Town or City __BUFFALO__   County __ERIE__

2) NOTARY PUBLIC OR COMMISSIONER OF DEEDS
On the dates above indicated before me, personally came each of the voters whose signatures appear on this petition sheet containing (fill in number) _____ signatures, who signed same in my presence and who, being by me duly sworn, each for himself or herself, said that the foregoing statement made and subscribed by him or her was true.

_____, 2017   Signature and Official Title of Officer Administering Oath
Date                                                                Sheet No



United States Court Western District Of New York State

| | |
|---|---|
| Khalil H. Cottman,<br><br>                                    Petitioner,<br>              v.<br><br>Erie County Board Of Elections<br><br>                                    Respondent | |

**NOTICE OF PETITION**

Index No.:

**PLEASE TAKE NOTICE** that Khalil H. Cottman hereby petitions the U.S. Western District Court of New York, Erie County for an immediate Article 78 Injunction and determination of validity regarding signatures deemed invalid in an election law matter with the Erie County Board of Elections. The Petitioner also seeks determination regarding the legality of the Defendants action to deprive valid voters of the right to vote and ballot for public office election. The petitioner contest that the removal of approximately 200 lawfully petitioned and valid signatures for an upcoming county election constitutes a violation and deprivation of Voters and Civil Rights.

Dated: Buffalo, New York
August 3, 2017

                            Yours, etc.,

                            *Signature*
                            *Khalil H. Cottman*
                            *68 Brunswick Blvd*
                            *Hamlin Park, NY*
                            *716.418.0505*

To:    Chief Clerk United State Western District Court of
       New York

Erie County Board of Elections, 134 Eagle St Buffalo New York 14202
Department of Justice General Counsel 138 Delaware Ave Buffalo, NY 14202
State Division of Human Rights One Fordham Plaza 4th Floor Bronx, NY 10458